**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ERIK SEARCH** | : | |
| **Plaintiff,** | : | |
| **v.** | : | |
| **UBER TECHNOLOGIES, INC.** | : | **Case No.: 1:15-cv-00257 (JEB)** |
| **and** | : | |
| **YOHANNES DERESSE** | : | |
| **Defendants.** | : | |

## PRAECIPE OF DISMISSAL AS TO PLAINTIFF'S CLAIMS AGAINST MAJESTIC LIMOUSINE SERVICE

Plaintiff voluntarily dismisses any and all claims, without prejudice, currently before the Court against Defendant Majestic Limousine Service.  This Stipulation of Dismissal **only** relates to Plaintiff's claims against Majestic Limousine Service.  Plaintiff's claims against Defendants Uber and Yohannes Deresse remain pending before the Court.  Plaintiff's counsel has been contacted by counsel on behalf of EZS, Inc. which trades as Majestic Limousine Service.  Plaintiff's counsel has been informed that the named defendant on Plaintiff's Amended Complaint is incorrect.  More specifically, this corporation, Majestic Limousine Service and/or EZS, Inc., is not a proper party to this case, and is not **the** Majestic Limousine Service, which along with Defendant Uber, employed Defendant Deresse at the time in question.  Plaintiff reserves the right to file a Second Amended Complaint listing a different organization doing business as "Majestic".  Plaintiff's counsel has been provided new information

concerning another corporation doing business as "Majestic Limo" at the time of the incident and is in the process of confirming this information.

Defendant Uber consents to this praecipe of dismissal.

Respectfully submitted,

REGAN ZAMBRI LONG

By: _____**/s/Paul Cornoni**_____
Paul Cornoni  #489398
pcornoni@reganfirm.com
Christopher Regan  #1018148
cregan@reganfirm.com
1919 M Street, N.W., Suite 350
Washington, D.C. 20036
PH:  (202) 463-3030
FX:  (202) 463-0667
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **24th** day of June 2015, a copy of Plaintiff's Stipulation of Dismissal of Defendant Majestic Limousine was filed electronically and served on:

Allison N. Davis, Esquire
Littler Mendelson, P.C.
1150 17th Street NW
Washington, DC 20036
*Counsel for Defendant Uber Technologies, Inc.*

MAJESTIC LIMOUSINE SERVICES
c/o Timothy B. Hyland
Hyland Law PLLC
1818 Library Street
Suite 500
Reston, VA 20190

Yohannes Deresse
a/k/a Yohannes Getahun
101 S. Whiting Street, #1212
Alexandria, VA 22304

*/s/ Paul Cornoni*
Paul Cornoni