## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIK SEARCH,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., et al.<br><br>　　　　　　　Defendants | Case No.:　1:15-cv-00257 (JEB) |

### DEFENDANT'S CONSENT MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Uber Technologies, Inc. ("Uber"), **with the consent of Plaintiff,** hereby moves this Court, for the reasons stated in the following memorandum of points and authorities, to withdraw the appearance of Alison N. Davis, Esquire and the law firm of Littler Mendelson, P.C. as counsel of record on its behalf and in her place, substitute the appearance of Kathryn A. Grace, Eric P. Burns and the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP as counsel of record for Uber in this matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Eric P. Burns*
　　　　　　　　　　　　　　　　　　　　Kathryn A. Grace (DC Bar No. 502857)
　　　　　　　　　　　　　　　　　　　　Eric P. Burns (DC Bar No. 1015999)
　　　　　　　　　　　　　　　　　　　　WILSON, ELSER, MOSKOWITZ,
　　　　　　　　　　　　　　　　　　　　EDELMAN & DICKER, LLP
　　　　　　　　　　　　　　　　　　　　8444 Westpark Drive, Suite 510
　　　　　　　　　　　　　　　　　　　　McLean, VA 22102-5102
　　　　　　　　　　　　　　　　　　　　(703) 245-9300 (Telephone)
　　　　　　　　　　　　　　　　　　　　(703) 245-9301 (Facsimile)
　　　　　　　　　　　　　　　　　　　　Kathryn.Grace@wilsonelser.com
　　　　　　　　　　　　　　　　　　　　Eric.Burns@wilsonelser.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Uber Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed electronically through the Court's CM/ECF system, which will cause a copy to be served electronically on all counsel of record, including:

Alison N. Davis, Esq.
Littler Mendelson, P.C.
1150 17th Street N.W.
Washington, D.C. 20036
*Counsel for Uber Technologies, Inc.*

Paul Cornoni, Esq.
Christopher J. Regan, Esq.
Regan Zambri Long, PLLC
1919 M Street. NW, Suite 350
Washington, D. C. 20036
*Counsel for Plaintiff*

I FURTHER CERTIFY that a copy of the foregoing was served via U.S. Mail this 8th day of December 2015, upon:

Yohannes Deresse
a/k/a Yohannes Getahun
101 S. Whiting Street, #402
Alexandria, VA 22304
*Pro Se Defendant*

/s/ Eric P. Burns
Kathryn A. Grace (DC Bar No. 502857)
Eric P. Burns (DC Bar No. 1015999)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102
(703) 245-9300 (Telephone)
(703) 245-9301 (Facsimile)
Kathryn.Grace@wilsonelser.com
Eric.Burns@wilsonelser.com
*Counsel for Defendant Uber Technologies, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIK SEARCH,<br><br>                 Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.<br><br>                 Defendants | Case No.:   1:15-cv-00257 (JEB) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION FOR SUBSTITUTION OF COUNSEL**

Defendant, Uber Technologies, Inc. ("Uber"), by and through undersigned counsel hereby submits its Memorandum of Points and Authorities in Support of its Consent Motion for Substitution of Counsel and further states the following:

Alison N. Davis of the law firm of Litter Mendelson, P.C. currently represents the interests of Uber in this matter. Uber has requested that Kathryn A. Grace, Eric P. Burns and the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP assume its defense in this matter. A notice of appearance has already been filed by Ms. Grace and Mr. Burns and Uber will remain represented by counsel throughout this substitution. Thus, neither the interests of the parties nor the interests of the Court will be prejudiced by this substitution.  Ms. Davis and counsel for Plaintiff consent to the relief requested herein.

**CONCLUSION**

For the reasons stated herein, Defendant Uber Technologies, Inc. respectfully requests that this Court enter an order withdrawing Alison N. Davis and the law firm of Littler

604497v.2

Mendelson, P.C. as counsel of record, and substituting as counsel of record, Kathryn A. Grace, Eric P. Burns, and the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP.

        Respectfully submitted,

        */s/ Eric P. Burns*
        Kathryn A. Grace (DC Bar No. 502857)
        Eric P. Burns (DC Bar No. 1015999)
        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER, LLP
        8444 Westpark Drive, Suite 510
        McLean, VA 22102-5102
        (703) 245-9300 (Telephone)
        (703) 245-9301 (Facsimile)
        Kathryn.Grace@wilsonelser.com
        Eric.Burns@wilsonelser.com
        *Counsel for Defendant Uber Technologies, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIK SEARCH,<br><br>                    Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., et al.<br><br>                    Defendants | Case No.:   1:15-cv-00257 (JEB) |

### **ORDER**

Upon consideration of Defendant Uber Technologies, Inc.'s Consent Motion for Substitution of Counsel, it is this _____ of December, 2015, hereby

ORDERED, that Defendant's Motion be, and the same is, GRANTED, and that the appearance of Alison N. Davis, Esquire and the law firm of Littler Mendelson, P.C. is withdrawn as counsel of record for Uber Technologies, Inc. in this matter and substituted with the appearance of Kathryn A. Grace, Eric P. Burns and the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP.

SO ORDERED.

_____
Judge James E. Boasberg
United States District Court
For the District of Columbia

2

cc:      Alison N. Davis
LITTLER MENDELSON, P.C.
1150 17th Street NW
Suite 900
Washington, D.C. 20036
*Counsel for Defendant Uber Technologies, Inc.*

Kathryn A. Grace
Eric P. Burns
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102
*Counsel for Defendant
Uber Technologies, Inc.*

Paul Cornoni
Christopher J. Regan
Regan Zambri Long, PLLC
1919 M Street. NW
Suite 350
Washington, D. C. 20036
*Counsel for Plaintiff*

Yohannes Deresse
a/k/a Yohannes Getahun
101 S. Whiting Street, #402
Alexandria, VA 22304
*Pro Se Defendant*