## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIK SEARCH, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., et al. <br><br> Defendants | Case No.:   1:15-cv-00257 (JEB/AK) |

## JOINT MOTION TO REMOVE SETTLEMENT
## CONFERENCE FROM DOCKET

Defendant Uber Technologies, Inc. ("Uber") and Plaintiff, Erik Search, jointly and respectfully request that, for the reasons stated in the following memorandum of points and authorities, the current Settlement Conference scheduled with Magistrate Judge Kay for February 4, 2016 be removed from the docket, and that the parties be permitted to reschedule the Settlement Conference with Magistrate Judge Kay's chambers at an unspecified later date.

Respectfully submitted,

*/s/ Eric P. Burns*
Kathryn A. Grace (DC Bar No. 502857)
Eric P. Burns (DC Bar No. 1015999)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102
(703) 245-9300 (Telephone)
(703) 245-9301 (Facsimile)
Kathryn.Grace@wilsonelser.com
Eric.Burns@wilsonelser.com
*Counsel for Defendant Uber Technologies, Inc.*

*/s/ Paul Cornoni*
Paul Cornoni (DC Bar No. 489398)
pcornoni@reganfirm.com

Christopher J. Regan (DC Bar No. 1018148)
cregan@reganfirm.com
Regan Zambri Long, PLLC
1919 M Street. NW, Suite 350
Washington, D. C. 20036
(202) 463-3030 (Telephone)
(202) 463-0667 (Facsimile)
*Counsel for Plaintiff Erik Search*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed electronically through the Court's CM/ECF system on the 13th day of January 2016, which will cause a copy to be served electronically on all counsel of record.

I FURTHER CERTIFY that a copy of the foregoing was served via U.S. Mail this 13th day of January 2016, upon:

Yohannes Deresse
a/k/a Yohannes Getahun
101 S. Whiting Street, #402
Alexandria, VA 22304
*Pro Se Defendant*

/s/ Eric P. Burns
Kathryn A. Grace (DC Bar No. 502857)
Eric P. Burns (DC Bar No. 1015999)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102
(703) 245-9300 (Telephone)
(703) 245-9301 (Facsimile)
Kathryn.Grace@wilsonelser.com
Eric.Burns@wilsonelser.com
*Counsel for Defendant Uber Technologies, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIK SEARCH,<br><br>                Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.<br><br>                Defendants | Case No.:   1:15-cv-00257 (JEB/AK) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S JOINT MOTION TO REMOVE
<u>SETTLEMENT CONFERENCE FROM DOCKET</u>**

Defendant, Uber Technologies, Inc. ("Uber") and Plaintiff, Erik Search (collectively the "parties") by and through undersigned counsel, hereby submit this memorandum of points and authorities in support of the Joint Motion to Remove Settlement Conference From Docket, stating as follows:

The parties are committed to having a Settlement Conference with Magistrate Judge Kay and have previously re-scheduled dates with his chambers. At this point, however, it is clear to Uber that it needs further discovery before it can meaningfully participate in a Settlement Conference and does not feel it is able to re-schedule currently. It has already served discovery requests but does not have a firm date by which it can expect to receive discovery from a third party federal government entity. Uber believes that federal government entity has possession of relevant and potentially probative discovery materials and that after receiving those materials, Uber will be able to  meaningfully participate in a Settlement Conference.

Plaintiff, likewise, has no interest in proceeding with a Settlement Conference without Defendant able to meaningfully participate and joins this motion to respectfully request that the

612370v.1

Court allow the currently scheduled Settlement Conference to be removed from the docket without re-scheduling ,with the understanding that the parties will re-schedule the Settlement Conference with Judge Kay when both parties are prepared to meaningfully participate, at an unspecified later date.

## CONCLUSION

For the reasons stated herein, Defendant Uber Technologies, Inc. and Plaintiff, Erik Search, respectfully request that the Court enter the proposed order granting this Joint Motion removing the Settlement Conference currently scheduled for February 4, 2016 from the docket.

Respectfully submitted,

/s/ Eric P. Burns
Kathryn A. Grace (DC Bar No. 502857)
Eric P. Burns (DC Bar No. 1015999)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102
(703) 245-9300 (Telephone)
(703) 245-9301 (Facsimile)
Kathryn.Grace@wilsonelser.com
Eric.Burns@wilsonelser.com
*Counsel for Defendant Uber Technologies, Inc.*

 /s/ Paul Cornoni
Paul Cornoni (DC Bar No. 489398)
pcornoni@reganfirm.com
Christopher J. Regan (DC Bar No. 1018148)
cregan@reganfirm.com
Regan Zambri Long, PLLC
1919 M Street. NW, Suite 350
Washington, D. C. 20036
(202) 463-3030 (Telephone)
(202) 463-0667 (Facsimile)
*Counsel for Plaintiff Erik Search*

*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| ERIK SEARCH,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.<br><br>    Defendants | Case No.:   1:15-cv-00257 (JEB/AK) |

## **ORDER**

Upon consideration of the parties' Joint Motion to Remove Settlement Conference from Docket, it is this _____ day of January, 2016, hereby

ORDERED, that Defendant's Motion be, and the same is, GRANTED; and it is further,

ORDERED that the Mediation currently scheduled for February 4, 2016 is removed from the docket, to be rescheduled by the parties with Judge Kay's chambers at a later date.

SO ORDERED.

                _____
                Judge James E. Boasberg
                United States District Court
                For the District of Columbia

2

cc:   Kathryn A. Grace
Eric P. Burns
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102
*Counsel for Defendant*
*Uber Technologies, Inc.*

Paul Cornoni
Christopher J. Regan
Regan Zambri Long, PLLC
1919 M Street. NW
Suite 350
Washington, D. C. 20036
*Counsel for Plaintiff*

Yohannes Deresse
a/k/a Yohannes Getahun
101 S. Whiting Street, #402
Alexandria, VA 22304
*Pro Se Defendant*

2

612370v.1