### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

ERIK SEARCH,

                              Plaintiff,

        v.                                          Case No.:   1:15-cv-00257 (JEB/AK)

UBER TECHNOLOGIES, INC., et al.


                              Defendants

---

### JOINT CONSENT MOTION TO MODIFY THE SCHEDULING ORDER TO EXTEND DEADLINE FOR DISCOVERY AND RESCHEDULE STATUS HEARING

Defendant Uber Technologies, Inc. ("Uber") and Plaintiff, Erik Search, jointly and respectfully, and for the reasons stated in the following memorandum of points and authorities, move this Honorable Court to modify the Scheduling Order and extend the discovery deadline until November 1, 2016 and reschedule the status hearing currently set for July 6, 2016 to an appropriate date after the close of discovery. All parties consent to and join in the requested relief.

                              Respectfully submitted,

                              */s/ Eric P. Burns*
                              Kathryn A. Grace (DC Bar No. 502857)
                              Eric P. Burns (DC Bar No. 1015999)
                              WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER, LLP
                              8444 Westpark Drive, Suite 510
                              McLean, VA 22102-5102
                              (703) 245-9300 (Telephone)
                              (703) 245-9301 (Facsimile)
                              Kathryn.Grace@wilsonelser.com
                              Eric.Burns@wilsonelser.com
                              *Counsel for Defendant Uber Technologies, Inc.*

_/s/ Paul Cornoni_____
Paul Cornoni (DC Bar No. 489398)
pcornoni@reganfirm.com
Christopher J. Regan (DC Bar No. 1018148)
cregan@reganfirm.com
Regan Zambri Long, PLLC
1919 M Street. NW, Suite 350
Washington, D. C. 20036
(202) 463-3030 (Telephone)
(202) 463-0667 (Facsimile)
*Counsel for Plaintiff Erik Search*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed electronically through the Court's CM/ECF system on the 28th day of June 2016, which will cause a copy to be served electronically on all counsel of record.

I FURTHER CERTIFY that a copy of the foregoing will be served via U.S. Mail on the 29th day of June 2016, upon:

Yohannes Deresse
a/k/a Yohannes Getahun
101 S. Whiting Street, #402
Alexandria, VA 22304
*Pro Se Defendant*

*/s/ Eric P. Burns_____
Kathryn A. Grace (DC Bar No. 502857)
Eric P. Burns (DC Bar No. 1015999)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102
(703) 245-9300 (Telephone)
(703) 245-9301 (Facsimile)
Kathryn.Grace@wilsonelser.com
Eric.Burns@wilsonelser.com
*Counsel for Defendant Uber Technologies, Inc.*

2

*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

ERIK SEARCH,

               Plaintiff,

    v.

UBER TECHNOLOGIES, INC., et al.

               Defendants

Case No.:   1:15-cv-00257 (JEB/AK)

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S JOINT MOTION TO MODIFY THE SCHEDULING ORDER TO EXTEND DEADLINE FOR DISCOVERY AND RESCHEDULE STATUS HEARING

Defendant, Uber Technologies, Inc. ("Uber") and Plaintiff, Erik Search (collectively the "parties") by and through undersigned counsel, hereby submit this memorandum of points and authorities in support of the Joint Motion to Modify the Scheduling Order to Extend the Deadline for Discovery and Reschedule Status Hearing, stating as follows:

The current Scheduling Order establishes the deadline for the close of discovery in this matter as July 1, 2016. However, the parties have entered into settlement discussions and have agreed to mediate this matter in a private mediation before the Honorable Paul Sheridan (Ret.). The mediation has been scheduled for July 26, 2016.

The parties have a strong interest in preserving resources while they explore the possibility of settlement. By agreement, the parties have agreed to forestall some discovery in light of the scheduled mediation in order to further the interest of preserving resources. Accordingly, since the mediation is set after the currently scheduled close of discovery, the parties respectfully request that the deadline be extended until November 1, 2016 to allow

sufficient time after the mediation to complete the discovery that remains if the matter is unable to be settled.

## CONCLUSION

For the reasons stated herein, Defendant Uber Technologies, Inc. and Plaintiff, Erik Search, respectfully request that the Court enter the proposed order granting this Joint Motion to Modify the Scheduling Order to Extend Deadline for Discovery and Reschedule Status Hearing.

Respectfully submitted,


*/s/ Eric P. Burns*
Kathryn A. Grace (DC Bar No. 502857)
Eric P. Burns (DC Bar No. 1015999)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102
(703) 245-9300 (Telephone)
(703) 245-9301 (Facsimile)
Kathryn.Grace@wilsonelser.com
Eric.Burns@wilsonelser.com
*Counsel for Defendant Uber Technologies, Inc.*


*/s/ Paul Cornoni*
Paul Cornoni (DC Bar No. 489398)
pcornoni@reganfirm.com
Christopher J. Regan (DC Bar No. 1018148)
cregan@reganfirm.com
Regan Zambri Long, PLLC
1919 M Street. NW, Suite 350
Washington, D. C. 20036
(202) 463-3030 (Telephone)
(202) 463-0667 (Facsimile)
*Counsel for Plaintiff Erik Search*

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ERIK SEARCH,

                Plaintiff,

    v.

UBER TECHNOLOGIES, INC., et al.

                Defendants

Case No.:   1:15-cv-00257 (JEB/AK)

## **ORDER**

Upon consideration of the parties' Joint Motion to Modify the Scheduling Order to Extend Deadline for Discovery and Reschedule Status Hearing, it is hereby

ORDERED, that the Joint Motion be, and the same is, GRANTED and the discovery deadline is extended until November 1, 2016; and it is further

ORDERED, that the status hearing scheduled for July 6, 2016 is continued to November __, 2016.

SO ORDERED.

_____
Judge James E. Boasberg
United States District Court
For the District of Columbia

648298v.1

cc:    Kathryn A. Grace
Eric P. Burns
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102
*Counsel for Defendant*
*Uber Technologies, Inc.*

Paul Cornoni
Christopher J. Regan
Regan Zambri Long, PLLC
1919 M Street. NW
Suite 350
Washington, D. C. 20036
*Counsel for Plaintiff*

Yohannes Deresse
a/k/a Yohannes Getahun
101 S. Whiting Street, #402
Alexandria, VA 22304
*Pro Se Defendant*

2