## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIK SEARCH,<br><br>            Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.<br><br>            Defendants | Case No.:   1:15-cv-00257 (JEB) |

## **STIPULATION OF DISMISSAL**

The Parties, by undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that all claims arising herein have been resolved by mutual agreement and are, therefore, dismissed with prejudice, with each party to bear its own fees and costs.

DATE:       8/30/16                                                                 Respectfully Submitted,


*/s/ Eric P. Burns*_____        _*/s/ Paul Cornoni*_____
Kathryn A. Grace (DC Bar No. 502857)              Paul Cornoni (DC Bar No. 489398)
Eric P. Burns (DC Bar No. 1015999)                 pcornoni@reganfirm.com
WILSON, ELSER, MOSKOWITZ,                      Christopher J. Regan (DC Bar No. 1018148)
EDELMAN & DICKER, LLP                            cregan@reganfirm.com
8444 Westpark Drive, Suite 510                       Regan Zambri Long, PLLC
McLean, VA 22102-5102                               1919 M Street. NW, Suite 350
(703) 245-9300 (Telephone)                           Washington, D. C. 20036
(703) 245-9301 (Facsimile)                             (202) 463-3030 (Telephone)
Kathryn.Grace@wilsonelser.com                     (202) 463-0667 (Facsimile)
Eric.Burns@wilsonelser.com                          *Counsel for Plaintiff Erik Search*
*Counsel for Defendant Uber Technologies, Inc.*

662831v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed electronically through the Court's CM/ECF system on the 30th day of August 2016, which will cause a copy to be served electronically on all counsel of record.

I FURTHER CERTIFY that a copy of the foregoing will be served via U.S. Mail on the 30th day of August 2016, upon:

Yohannes Deresse
a/k/a Yohannes Getahun
101 S. Whiting Street, #402
Alexandria, VA 22304
*Pro Se Defendant*

  */s/ Paul Cornoni*_____
Paul Cornoni (DC Bar No. 489398)
pcornoni@reganfirm.com
Christopher J. Regan (DC Bar No. 1018148)
cregan@reganfirm.com
Regan Zambri Long, PLLC
1919 M Street. NW, Suite 350
Washington, D. C. 20036
(202) 463-3030 (Telephone)
(202) 463-0667 (Facsimile)
*Counsel for Plaintiff Erik Search*